

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# FILED

APR 2 2026


MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number: 26-2011
Originating Case Number: 3:26-cv-01996-RFL

Short Title: Anthropic, PBC v. United States Department of War, et al.

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case. If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:           26-2011
Originating Case Number: 3:26-cv-01996-RFL

Case Title:              Anthropic, PBC v. United States Department of War, et al.

**4/7/2026**

| | |
|---|---|
| Edward C. Forst | Mediation Questionnaire due |
| Frank Bisignano | Mediation Questionnaire due |
| Mary Anne Carter | Mediation Questionnaire due |
| United States Department of the Treasury | Mediation Questionnaire due |
| Howard W. Lutnick | Mediation Questionnaire due |
| Paul Atkins | Mediation Questionnaire due |
| Board of Governors of the Federal Reserve System | Mediation Questionnaire due |
| United States Department of Commerce | Mediation Questionnaire due |
| National Aeronautics and Space Administration | Mediation Questionnaire due |
| Federal Housing Finance Agency | Mediation Questionnaire due |
| Robert F. Kennedy, Jr. | Mediation Questionnaire due |
| Scott Bessent | Mediation Questionnaire due |
| Social Security Administration | Mediation Questionnaire due |
| United States Department of War | Mediation Questionnaire due |
| Scott Kupor | Mediation Questionnaire due |
| Chris Wright | Mediation Questionnaire due |

| | |
|---|---|
| Ho K. Nieh | Mediation Questionnaire due |
| Executive Office of the President | Mediation Questionnaire due |
| William J. Pulte | Mediation Questionnaire due |
| United States Department of Health and Human Services | Mediation Questionnaire due |
| Douglas A. Collins | Mediation Questionnaire due |
| Jerome H. Powell | Mediation Questionnaire due |
| National Endowment for the Arts | Mediation Questionnaire due |
| United States General Services Administration | Mediation Questionnaire due |
| United States Securities and Exchange Commission | Mediation Questionnaire due |
| United States Department of Veterans Affairs | Mediation Questionnaire due |
| Marco Rubio | Mediation Questionnaire due |
| United States Office of Personnel Management | Mediation Questionnaire due |
| United States Department of Homeland Security | Mediation Questionnaire due |
| Kristi Noem | Mediation Questionnaire due |
| United States Department of Energy | Mediation Questionnaire due |
| Peter Hegseth | Mediation Questionnaire due |
| United States Nuclear Regulatory Commission | Mediation Questionnaire due |
| Jared Isaacman | Mediation Questionnaire due |
| United States Department of State | Mediation Questionnaire due |

**4/30/2026**

| | |
|---|---|
| Marco Rubio | Preliminary Injunction Opening Brief Due |
| United States Nuclear Regulatory Commission | Preliminary Injunction Opening Brief Due |
| Frank Bisignano | Preliminary Injunction Opening Brief Due |
| United States Department of Veterans Affairs | Preliminary Injunction Opening Brief Due |
| United States Department of Homeland Security | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| United States Department of Commerce | Preliminary Injunction Opening Brief Due |
| United States Department of the Treasury | Preliminary Injunction Opening Brief Due |
| Mary Anne Carter | Preliminary Injunction Opening Brief Due |
| United States Department of Energy | Preliminary Injunction Opening Brief Due |
| Social Security Administration | Preliminary Injunction Opening Brief Due |
| National Aeronautics and Space Administration | Preliminary Injunction Opening Brief Due |
| Ho K. Nieh | Preliminary Injunction Opening Brief Due |
| United States Department of State | Preliminary Injunction Opening Brief Due |
| Kristi Noem | Preliminary Injunction Opening Brief Due |
| Jerome H. Powell | Preliminary Injunction Opening Brief Due |
| Executive Office of the President | Preliminary Injunction Opening Brief Due |
| Howard W. Lutnick | Preliminary Injunction Opening Brief Due |
| United States General Services Administration | Preliminary Injunction Opening Brief Due |
| Chris Wright | Preliminary Injunction Opening Brief Due |
| William J. Pulte | Preliminary Injunction Opening Brief Due |
| Paul Atkins | Preliminary Injunction Opening Brief Due |
| Douglas A. Collins | Preliminary Injunction Opening Brief Due |
| Edward C. Forst | Preliminary Injunction Opening Brief Due |
| United States Office of Personnel Management | Preliminary Injunction Opening Brief Due |
| National Endowment for the Arts | Preliminary Injunction Opening Brief Due |
| United States Department of Health and Human Services | Preliminary Injunction Opening Brief Due |
| Scott Bessent | Preliminary Injunction Opening Brief Due |
| Peter Hegseth | Preliminary Injunction Opening Brief Due |
| Jared Isaacman | Preliminary Injunction Opening Brief Due |
| United States Department of War | Preliminary Injunction Opening Brief Due |
| United States Securities and Exchange Commission | Preliminary Injunction Opening Brief Due |
| Scott Kupor | Preliminary Injunction Opening Brief Due |
| Robert F. Kennedy, Jr. | Preliminary Injunction Opening Brief Due |
| Federal Housing Finance Agency | Preliminary Injunction Opening Brief Due |
| Board of Governors of the Federal Reserve System | Preliminary Injunction Opening Brief Due |

**5/28/2026**

Anthropic, PBC

Preliminary Injunction Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case.** *See* **9th Cir. R. 42-1.**