# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** | 26-2011

**Case Name** | Anthropic, PBC v. United States Department of War

**Counsel submitting this form** | Sean R. Janda

**Represented party/parties** | Defendants-Appellants

*Briefly describe the dispute that gave rise to this lawsuit.*

Anthropic, PBC, is a software company that has developed an artificial-intelligence model called Claude. Since 2024, the government has employed Claude for various uses, including through both contracts with Anthropic and integration of Claude into products or services provided by other government contractors. Of particular relevance here, the Department of War has deployed Claude for highly sensitive uses, including for classified work and to support ongoing military operations.

In late 2025 and early 2026, the Department and Anthropic engaged in negotiations around deployment of Anthropic's software on the Department's GenAI.mil platform. Over the course of those negotiations, the government grew increasingly concerned with Anthropic's behavior. Ultimately, those concerns led to various government actions that Anthropic now seeks to challenge. These include a social media post in which the President directed federal agencies to cease using Anthropic's technology and a determination by the Secretary of War under 10 U.S.C. 3252 that Anthropic represents a national security supply chain risk.

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 7**          *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The district court entered a preliminary injunction, which generally prohibits the government defendants from implementing or enforcing either the Secretary's designation or the President's social media post. The court also enjoined the government defendants from implementing a social media post issued by the Secretary, which the court interpreted as directing Department contractors not to work with Anthropic. The issue on appeal is whether the court properly entered that injunction.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Because the district court order on appeal is an interlocutory preliminary injunction, proceedings may remain ongoing in district court while this appeal is pending. There is also a related proceeding pending in the United States Court of Appeals for the District of Columbia Circuit. In addition to the actions at issue in this case, the Secretary also determined under 41 U.S.C. 4713 that Anthropic presents a national security supply chin risk. Anthropic has filed a petition for review of that determination in the D.C. Circuit. See Anthropic PBC v. U.S. Dep't of War, No. 26-1049 (D.C. Cir.).

**Signature** s/ Sean R. Janda    **Date** 4/8/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*

2