UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTHROPIC, PBC, | No. 26-2011 |
| Plaintiff - Appellee, | D.C. No.<br>3:26-cv-01996-RFL<br>Northern District of California,<br>San Francisco |
| v. | |
| UNITED STATES DEPARTMENT OF<br>WAR; et al., | ORDER |
| Defendants - Appellants. | |

The Mediation Program of the Ninth Circuit Court of Appeals facilitates settlement while appeals are pending. See Fed. R. App. P. 33 and Ninth Cir. R. 33-1.

By 4/16/2026, counsel for all parties intending to file briefs in this matter are requested to inform Paula Raffaelli, Circuit Mediator, by email at Paula_Raffaelli@ca9.uscourts.gov of their clients' views on whether the issues on appeal or the underlying dispute might be appropriate for settlement presently or in the foreseeable future. Counsel are requested to include the Ninth Circuit case name and number in the subject line. This communication will be kept confidential, if requested, from the other parties in the case. This communication shall not be filed with the court.

For more detailed information about the Mediation Program and its procedures generally, please see Mediation Program web site: www.ca9.uscourts.gov/mediation.

The existing briefing schedule remains in effect.

FOR THE COURT:

By: Paula Raffaelli
Circuit Mediator