**No. 26-2011**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ANTHROPIC PBC, *et al.*,

*Plaintiff-Appellee*,

*v.*

U.S. DEPARTMENT OF WAR, *et al.*,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of California, No. 3:26-cv-1996 (Lin, J.)

### RESPONSE TO MOTION FOR 30-DAY
### EXTENSION OF TIME TO FILE OPENING BRIEF

KELLY P. DUNBAR
JOSHUA A. GELTZER
KEVIN M. LAMB
LAUREN MOXLEY BEATTY
MATTHEW E. MORRIS
BARDIA VASEGHI
DAKOTA C. FOSTER
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

MICHAEL J. MONGAN
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000

EMILY BARNET
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*Counsel for Plaintiff-Appellee*

April 24, 2026

Based on recent developments in the district court, Appellee Anthropic PBC no longer opposes Defendants' motion for an extension of the deadline for its opening brief.

On April 2, 2026, consistent with this Court's expedited treatment of preliminary injunction appeals, the Court set an April 30 deadline for Defendants' opening brief. When Defendants asked for Anthropic's position on their request for a 30-day extension of that deadline, Anthropic opposed the request based on the circumstances at the time: Defendants were concurrently asking the district court to stay all proceedings pending resolution of this appeal, D.Ct. Dkt. 149 at 3, and the district court had not ruled on that request. If that stay had been granted, an extension of the briefing schedule in this appeal would have delayed the ultimate resolution of this litigation.

The circumstances have since changed. On April 23, the district court denied Defendants' request for a stay of proceedings and set a summary judgment briefing schedule that will culminate in a hearing on July 30, 2026. D.Ct. Dkt. 150. In light of that development, Anthropic agrees with Defendants, albeit for different reasons, that the Court should hold this appeal in abeyance. *See* C.A. Dkt. 13.1. If this Court grants Defendants' unopposed motion to hold the appeal in abeyance before April 30, that would moot Defendants' request for an extension of the deadline for its opening brief. And to the extent it would assist this Court to have

more time to rule on the abeyance motion, Anthropic does not oppose extending

the current deadline for the opening brief until after the Court has ruled on that

motion.

Respectfully submitted,

*/s/Michael J. Mongan*

| | |
|---|---|
| KELLY P. DUNBAR | MICHAEL J. MONGAN |
| JOSHUA A. GELTZER | WILMER CUTLER PICKERING |
| KEVIN M. LAMB | HALE AND DORR LLP |
| LAUREN MOXLEY BEATTY | 50 California Street, Suite 3600 |
| MATTHEW E. MORRIS | San Francisco, CA 94111 |
| BARDIA VASEGHI | Telephone: (628) 235-1000 |
| DAKOTA C. FOSTER | |
| WILMER CUTLER PICKERING | EMILY BARNET |
| HALE AND DORR LLP | WILMER CUTLER PICKERING |
| 2100 Pennsylvania Avenue NW | HALE AND DORR LLP |
| Washington, DC 20037 | 7 World Trade Center |
| Telephone: (202) 663-6000 | 250 Greenwich Street |
| | New York, NY 10007 |
| | Telephone: (212) 230-8800 |

April 24, 2026

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), Appellee

Anthropic hereby certifies that this response complies with the type-volume limit

of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 269 words,

excluding the portions exempted by Federal Rule of Appellate Procedure 32(f).

The response's type size and type face comply with Federal Rules of Appellate

Procedure 27(d)(1)(E) and 32(a)(5)-(6).


Dated: April 24, 2026                    */s/Michael J. Mongan*
                                          MICHAEL J. MONGAN