UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| ANTHROPIC, PBC, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF WAR; et al., <br><br> Defendants - Appellants. | No. 26-2011 <br><br> D.C. No. 3:26-cv-01996-RFL <br> Northern District of California, San Francisco <br><br> ORDER |

The unopposed motion (Docket Entry No. 13) to stay appellate proceedings is granted.

Any party may move to lift the stay of proceedings at any time. Appellants must file a motion for appropriate relief within 21 days after resolution of *Anthropic PBC v. U.S. Department of War*, No. 26-1049 (D.C. Cir.), if the stay of proceedings remains in effect at that time.

The motion (Docket Entry No. 14) for an extension of time to file the opening brief is denied as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT